People of the State of Illinois et al., Appellees, v. Herbert R. Jones et al., and Columbia Casualty Company et al., Appellants and Coappellants.

Gen. No. 9,488. (Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed May 15, 1940. Cassels, Potter & Bentley and Snapp, Heise & Snapp, for appellants; Ralph F. Potter, George C. Bunge and William D. Heise, of counsel; Barr & Barr and Elmer H. Bielfeldt, for coappellants; George A. Barr, of counsel; James E. Burke, State's Attorney, for appellees; James J. Ley, of counsel. Opinion by JUSTICE DOVE. "Not to be published in full."